JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XINLIN WANG,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES, ET AL.,<br><br>   Defendants. | Case No. 2:26-cv-00915-MEMF-BFM<br><br>**ORDER STAYING CASE PENDING<br>ADJUDICATION OF APPLICATION** |

Having read and considered the Joint Stipulation to Stay Case Pending Adjudication of Application submitted by the parties and finding good cause therefor,

IT IS HEREBY ORDERED that this case is STAYED until <u>October 5, 2026.</u> In the event that adjudication of the Petitions is not completed and/or the case dismissed by October 5, 2026, the parties will file a status report by that date.

Dated: June 2, 2026

_____
HON. MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE

1